UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DAVID FROHWERK,

                    Plaintiff,                    Case No. 1:23-cv-14

v.                                               Honorable Phillip J. Green

CHRIS CLAIRE,

                    Defendant.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  February 10, 2023                    /s/ Phillip J. Green
                                             PHILLIP J. GREEN
                                             United States Magistrate Judge